THIRD NATIONAL BANK AND TRUST COMPANY OF SCRANTON, Appellant,

v.

The AETNA CASUALTY AND SURETY COMPANY.

THIRD NATIONAL BANK AND TRUST COMPANY OF SCRANTON,

v.

The AETNA CASUALTY AND SURETY COMPANY, Appellant.

Nos. 15027, 15028.

United States Court of Appeals
Third Circuit.

Argued March 4, 1965.

Decided Dec. 9, 1965.

Rehearing Denied in No. 15028, Jan. 3, 1966.

Ernest J. Gazda, Scranton, Pa. (Matthew D. Mackie, Scranton, Pa., on the brief), for Third Nat. Bank & Trust Co. of Scranton.

214

Elmer W. Beasley, Hartford, Conn. (Edward W. Warren, Joseph C. Kreder, Scranton, Pa., Warren, Hill, Henkelman & McMenamin, Scranton, Pa., on the brief), for Aetna Casualty & Surety Co.

Before BIGGS, Chief Judge, and FORMAN and FREEDMAN, Circuit Judges.

PER CURIAM.

In view of the decision of this court in Fidelity Trust Co. v. American Surety Co. of New York, 268 F.2d 805 (1959), the appeals at bar not having been heard by the court en banc, we are bound by that decision. The judgment of the court below therefore will be affirmed. Cf. Exchange Nat. Bank of Olean v. Insurance Co. of No. Amer., 341 F.2d 673 (2 Cir. 1965) cert. denied 86 S.Ct. 37 (1965), and First Nat. B. & T. Co. of Oklahoma City, Oklahoma v. United States F. & G. Co., 347 F.2d 945 (10 Cir. 1965).